PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Maurice Payne          Case Number: 3:01CR00028-03

Name of Judicial Officer: The Honorable William J. Haynes, Jr., U.S. District Judge

Date of Original Sentence: April 29, 2002

Original Offense: 21 U.S.C. § 841 (a) and (b)(1)(A), Distribution of Cocaine Base

Original Sentence: 120 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: April 19, 2009

Assistant U.S. Attorney: None Assigned      Defense Attorney: James Simmons

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 19th day of June, 2012,
and made a part of the records in the above case.

William J. Haynes, Jr.
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date      June 7, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance:**

   On March 28, 2012, Mr. Payne submitted a urine sample which tested positive for synthetic marijuana. He admitted to smoking the substance during submission of the sample. On May 24, 2012, Mr. Payne submitted a urine sample which tested positive for synthetic marijuana. He denies using synthetic marijuana since March.

**Compliance with Supervision Conditions and Prior Interventions:**

The Court has been previously advised about noncompliance of Mr. Payne by the submission of Probation Forms 12A on April 23, 2012, and April 26, 2012. Mr. Payne is currently enrolled in group substance abuse treatment at Centerstone. His treatment includes one hour of group substance abuse treatment per week.

Mr. Payne is currently unemployed and has been unemployed throughout supervision.

**U.S. Probation Officer Recommendation:**

It is recommended that no action be taken by the Court at this time and that Mr. Payne be allowed to continue on supervision in order to progress in treatment at Centerstone for substance abuse. Mr. Payne has been admonished for his violations and advised that continued disregard of his conditions of supervision could result in severe sanctions by the Court.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _/s/ Kenneth Parham_
Kenneth Parham
Supervisory U.S. Probation Officer